UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
2006-0972

Powers Kirn, LLC
728 Marne Highway
P.O. Box 848
Moorestown, NJ 08057

In Re:

    Nikia L. Comfort

Case No.:   09-15156 JHW

Hearing Date: April 5, 2010

Judge:   Honorable Judith H. Wizmur

Chapter:  13

Order Filed on 3/31/2010 by Clerk U.S. Bankruptcy Court District of New Jersey

## CONSENT ORDER REINSTATING STAY AND PROVIDING OTHER RELIEF

The relief set forth on the following pages, numbered two (2) through two (2)    is hereby **ORDERED**.

**DATED: 3/31/2010**

Judith H. Wizmur, Chief Judge
United States Bankruptcy Court

Case 09-15156-JHW    Doc 38    Filed 03/31/10    Entered 04/01/10 11:08:05    Desc Main
Document    Page 2 of 2

Page 2
Debtor: Nikia L. Comfort
Case No.: 09-15156 JHW
Caption of Order: CONSENT ORDER REINSTATING STAY AND PROVIDING OTHER RELIEF

Upon the debtor's motion to reinstate the stay as to certain real property which stay was heretofore vacated for cause pursuant to Bankruptcy Code section 362(d) and Powers Kirn, LLC, Attorney for U. S. Bank Home Mortgage servicing agent for U. S. Bank N. A., appearing and for cause shown, it is

**ORDERED** as follows:

1. The debtor's motion to reinstate the stay is hereby granted upon the conditions and terms more particularly provided hereinafter.

2. Debtor(s) shall commence curing post petition arrears through March 1, 2010, in the sum of $8,413.30 as provided hereinafter.

3. Debtor(s) shall make an immediate payment of $2,500.00.

4. Debtor(s) shall commence curing the balance of post-petition arrears by making payment of $700.00 in addition to debtor's regular monthly mortgage payment starting April 1, 2010, and continuing until all post-petition arrears are brought current.

5. The mortgagee is awarded a counsel fee and costs of $350.00 on this application, which sum shall be collected and disbursed by the standing trustee in addition to the mortgagee's claim.

6. The mortgagee is granted leave to file an amended proof of claim to provide for the payment of any legal fees or expenses incurred due to stay relief having been previously awarded.

7. Should debtor(s) default in any payment for a period exceeding thirty (30) days, upon certification of mortgagee's attorney, with notice to the trustee, debtor and debtor's attorney, if any, but without further hearing, the stay shall be vacated by further order of this Court.

8. The movant shall serve this order on the debtor, any trustee and other party who entered an appearance on the motion.

The undersigned hereby consent to the form and entry of the foregoing order.

 /s/ Mark W. Ford
Mark W. Ford, Esquire
Attorney for Nikia L. Comfort

 /s/ William M. E. Powers III
William M. E. Powers III
Attorney for U. S. Bank N. A.

*Approved by Judge Judith H. Wizmur March 31, 2010*